UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OSPREY MEDIA, LLC,

        Plaintiff,

    -v-

CONNATIX NATIVE EXCHANGE, INC.,

        Defendant and
        Third-Party Plaintiff,

    -v-

JOSEPH VELARDO,

        Third-Party Defendant.

CIVIL ACTION NO.: 24 Civ. 1662 (JPO) (SLC)

**AMENDED TELEPHONE CONFERENCE
SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' request at ECF No. 23 is GRANTED, and the telephone conference scheduled for June 13, 2024 is ADJOURNED to **Thursday, June 20, 2024 at 11:00 am** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. The parties shall be prepared to discuss their availability, and that of their clients, for a settlement conference, as well as their preferred format for the settlement conference (in-person, by telephone, or by videoconference hosted either by the Court on Microsoft Teams or by the parties on an alternative platform).

The Clerk of Court is respectfully directed to close ECF No. 23.

Dated:     New York, New York
          June 11, 2024

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**