UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OSPREY MEDIA, LLC,

                Plaintiff,

-v-

CONNATIX NATIVE EXCHANGE, INC.,

                Defendant and
                Third-Party Plaintiff,

-v-

JOSEPH VELARDO,

                Third-Party Defendant.

CIVIL ACTION NO. 24 Civ. 1662 (JPO) (SLC)

**TELEPHONE CONFERENCE
SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff's request at ECF No. 33 is GRANTED, and the Court orders as follows:

1. The settlement conference scheduled for September 4, 2024 at 2:00 pm is ADJOURNED sine die.

2. A telephone conference is scheduled for **Wednesday, October 2, 2024 at 11:00 am** to discuss rescheduling the settlement conference. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

The Clerk of Court is respectfully directed to close ECF No. 33.

Dated:    New York, New York
             August 21, 2024

SO ORDERED.

_____
**SARAH L. CAVE
United States Magistrate Judge**