UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OSPREY MEDIA, LLC,
        Plaintiff,

-v-

CONNATIX NATIVE EXCHANGE, INC.,
  Defendant and Third-Party Plaintiff,

-v-

JOSEPH VELARDO,
      Third-Party Defendant.

24-CV-1662 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

  On October 27, 2025, Osprey Media, LLC ("Osprey") and third-party defendant Joseph Velardo ("Velardo") sought leave to file redacted versions of certain documents and to file under seal several exhibits. (ECF No. 100.) Subsequently, on October 29, 2025, Osprey and Velardo clarified that they sought to file Exhibits X, AD, and AE under seal, rather than in redacted form, and asked ECF Help Desk Services to seal those documents temporarily. (ECF No. 110.) On October 30, 2025, Connatix Native Exchange, Inc. filed a letter in support of Osprey and Velardo's motions at ECF Nos. 100 and 110 to seal and redact various documents.

  Osprey and Velardo's motions at ECF Nos. 100 and 110 are hereby GRANTED. Exhibits X, AD, and AE, filed at ECF Nos. 107-14, 107-20, and 107-21, shall remain under seal.

  The Clerk of Court is directed to close the motions at ECF Nos. 100, 110, and 111.

  SO ORDERED.

Dated: October 30, 2025
   New York, New York

                  _____
                      J. PAUL OETKEN
                    United States District Judge