**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

OSPREY MEDIA, LLC,

Plaintiff,

-against-

24 **CIVIL** 1662 (JPO)

**JUDGMENT**

CONNATIX NATIVE EXCHANGE, INC.,

Defendant.

-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 27, 2026, Osprey's motion to exclude the testimony of William Rosenblatt and Brian Palmer is granted in part. The Court strikes paragraphs 33(a), 87, 96, 98, 200, and 208 of Rosenblatt's expert report. Osprey's motion to exclude expert testimony is otherwise denied. Connatix's motion for summary judgment is GRANTED. Judgment is entered in favor of Connatix; accordingly, the case is closed.

**Dated:** New York, New York

July 31, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**