**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

OSPREY MEDIA, LLC,

Plaintiff,

-against-

24 **CIVIL** 1662 (JPO)

**AMENDED JUDGMENT**

CONNATIX NATIVE EXCHANGE, INC.,

Defendant.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 27, 2026 and Order dated August 11, 2026, granting summary judgment in favor of Connatix on Osprey's claim.

Osprey and Velardo's motion to reopen the action and to certify a judgment pursuant to Federal Rule of Civil Procedure 54(b) is GRANTED, the Court finding that there is no just reason for delay.

**Dated:** New York, New York
August 14, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** Nezam Dulal

**Deputy Clerk**